UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:   17-11480-ABA
                                                    Chapter:    vchChapter
Daniel T. Calhoun                                   Judge:      Andrew B. Altenburg Jr.

---

### NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on April 11, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$248,000.00  609 North Cambridge Avenue Ventnor, NJ  08406

Liens on property:

$6,278.00  New Jersey Division of Taxation

$223,692.00  Shellpoint Mortgage Services

$120.49  Ventnor Water/Sewer Office

Amount of Equity claimed as exempt:

$17,909.51

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No. (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-11480-ABA
Daniel T. Calhoun                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Mar 08, 2017
                              Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.
```
db              +Daniel T. Calhoun,    609 N. Cambridge Avenue,    Ventnor City, NJ 08406-1306
516610090        Advocare Township Pediatrics,    PO Box 3001 D19,    Voorhees, NJ 08043-0598
516610091       +Allyson M. Calhoun,    206 N. Surrey Avenue,    Ventnor City, NJ 08406-1866
516610092        American Express,    PO Box 981535,    El Paso, TX 79998-1535
516610093       +American Express Legal,    500 North Franklin Turnpike,    PO Box 278,    Ramsey, NJ 07446-0278
516610095       +Atlantic County Probation,    1333 Atlantic Avenue, 2nd Floor,    PO Box 5129,
                  Atlantic City, NJ 08404-5129
516610096       +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
516610097        Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
516610098        Comenity Bank,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
516610099        Ditech Financial LLC,    PO Box 6172,    Rapid City, MN 55709
516610101       +FMA Alliance, Ltd,    12339 Cutten Road,    Houston, TX 77066-1807
516610100       +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
516610103        Macy's,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
516610104       +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Complex,
                  25 Market Street, PO Box 112,    Trenton, NJ 08625-0112
516610106       +Phillips & Cohen Associates, Ltd,    1004 Justison Street,    Wilmington, DE 19801-5148
516610107       +Pioneer Credit Recovery, Inc.,    PO Box 189,    Arcade, NY 14009-0189
516610109       +Regional Adjustment Bureau Inc.,    PO Box 34111,    Memphis, TN 38184-0111
516610110       +Rickart Collection Systems, Inc.,    575 Milltown Rd,    PO Box 7242,
                  North Brunswick, NJ 08902-7242
516610105      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   New Jersey Division of Taxation,
                  Compliance & Enforcement - Bkrptcy Unit,    50 Barrack Street, 9th Floor,    PO Box 245,
                  Trenton, NJ 08695)
516610111       +Shellpoint Mortgage Services,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
516610112        South Jersey Gas Company,    Customer Care Center,    PO Box 577,    Hammonton, NJ 08037-0577
516610114        State of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
516610113        State of New Jersey,    Surcharge Administration Office,    PO Box 136, 4th Fl,
                  Trenton, NJ 08666-0136
516610115       +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Pkwy #302,    Roseland, NJ 07068-1640
516610116       +US Small Business Administration,    New Jersey District Office,    Two Gateway Center Suite 1501,
                  Newark, NJ 07102-5003
516610117       +Ventnor Water/Sewer Office,    6201 Atlantic Avenue,    Ventnor City, NJ 08406-2734
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2017 21:49:08      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2017 21:49:08      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516610094        E-mail/Text: bankruptcy@pepcoholdings.com Mar 08 2017 21:49:05      Atlantic City Electric,
                  5 Collins Dr Ste 2133,    Carneys Point, NJ 08069-3600
516610102        E-mail/Text: bankruptcy@icsystem.com Mar 08 2017 21:49:13      I.C. System Inc.,    PO Box 64378,
                  Saint Paul, MN 55164-0378
516610108        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2017 21:56:33
                  Portfolio Recovery Associates, LLC,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
                                                                                               TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                  Page 2 of 2                  Date Rcvd: Mar 08, 2017
                              Form ID: pdf905              Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Rex J. Roldan    on behalf of Debtor Daniel T. Calhoun roldanlaw@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```