Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

       Case No.:  17–11480–ABA
       Chapter:  7
       Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Daniel T. Calhoun
 609 N. Cambridge Avenue
 Ventnor City, NJ 08406

Social Security No.:
 xxx–xx–8946

Employer's Tax I.D. No.:

## FINAL DECREE

 The estate of the above named debtor(s) has been fully administered.

 If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

 ORDERED that Douglas S. Stanger is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 28, 2017</u>      <u>Andrew B. Altenburg Jr.</u>
             Judge, United States Bankruptcy Court